1 **JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
2 **Carmichael, CA   95608**
**916/488-3030**
3 **916/489-9297 fax**

4 **Attorney for Plaintiff**
**NADEJDA STEFOGLO**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| NADEJDA STEFOGLO, | No.   2:10-CV-02829-GGH |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 15, 2011.

This is the first extension.

Dated: July 22, 2011                          /s/   Jesse S. Kaplan
                                              JESSE S. KAPLAN
                                              Attorney  for  Plaintiff


Dated: July__, 2011                           /s/ per e-mail authorization

                                              DAVID LERCH
                                              Special Assistant U.S. Attorney
                                              Attorney for Defendant

1

<u>ORDER</u>

Plaintiff's request to extend the time in which to file his motion for summary judgment is over a month tardy from the due date for filing of the motion.  In the interests of justice, the requested extension of plaintiff's time to file a motion for summary judgment is extended to August 15, 2011.  However, there will be no further extensions granted.

SO ORDERED.

Dated: August 2, 2011

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE